UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                                           CASE NO.: 18-18443-mdc
                                                                                                             **CHAPTER 13**

**Yvette Simpson,**
    **Debtor.**

_____/

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                     Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                     Authorized Agent for Secured Creditor
                                     130 Clinton Rd #202
                                     Fairfield, NJ 07004
                                     Telephone: 470-321-7112

                                     By: /s/Charles Wohlrab
                                         Charles Wohlrab, Esq.
                                         Email: CWohlrab@raslg.com

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on August 9, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

YVETTE SIMPSON
208 WALNUT STREET
MORTON, PA 19070

And via electronic mail to:

SADEK AND COOPER
1500 JFK BOULEVARD, STE 220
PHILADELPHIA, PA 19102

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET SUITE 502
PHILADELPHIA, PA 19106


                                          By: /s/ Laura Stewart