**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
|     Yvette Simpson | :    Chapter 13 |
| | :    Case No. 18-18443-MDC |
|     Debtor(s) | : |

# **O R D E R**

**AND NOW,** this ____30th____ day of _____August_____ 2022, upon consideration of the Motion to Voluntarily Dismiss the Chapter 13 Case, it is hereby:

ORDERED and DECREED that the instant Chapter 13 matter of Yvette Simpson filed under Case No. 18-18443 in the Eastern District of by is DISMISSED.

FURTHER ORDERED:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

\