United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-18443-mdc |
| Yvette Simpson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 30, 2022 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yvette Simpson, 208 Walnut Street, Morton, PA 19070-1418 |
| cr | + | Borough of Morton, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14557587 | + | Borough of Morton, c/o James R. Wood, Esq., Portnoff Law Offices, Ltd, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14557318 | + | Borough of Morton, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14251677 | | Ditech, PO Box 6172, Rapid City, SD 57709 |
| 14711875 | + | KML Law Group, P.C., c/o Denise Carlon, 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 14711619 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 31 2022 00:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 31 2022 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 31 2022 00:09:27 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 31 2022 00:09:29 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Aug 31 2022 00:02:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 31 2022 00:02:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, RAS Crane & Partners, PLLC, 130 Clinton Rd # 202, Fairfield, NJ 07004-2927 |
| 14251663 | + | Email/Text: bncnotifications@pheaa.org | Aug 31 2022 00:02:00 | Aes/ Bony Us, Attn: Bankruptcy Dept, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14270762 | | Email/Text: ally@ebn.phinsolutions.com | Aug 31 2022 00:02:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14621703 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 31 2022 00:09:29 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14622026 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 31 2022 00:09:29 | Ally Bank, c/o Arvind Nath Rawal, AIS Portfolio Services, LP, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14254771 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 31 2022 00:09:32 | Capital One Auto Finance, AIS Portfolio Services, LP, c/o Rejoy Nalkara, 4515 N Santa Fe Ave Dept |

Case 18-18443-mdc    Doc 55    Filed 09/01/22    Entered 09/02/22 00:30:26    Desc Imaged
                           Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 30, 2022 | Form ID: pdf900 | Total Noticed: 35 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 14253978 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 31 2022 00:09:29 | APS, Oklahoma City, OK 73118-7901<br>Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14251669 | + | Email/PDF: pa_dc_ed@navient.com | Aug 31 2022 00:09:29 | Dept of Ed / Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14251664 | + | Email/PDF: pa_dc_ed@navient.com | Aug 31 2022 00:09:27 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14408761 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 31 2022 00:02:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14251678 | | Email/Text: jill@ffcc.com | Aug 31 2022 00:02:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 14711875 | ^ | MEBN | Aug 30 2022 23:59:30 | KML Law Group, P.C., c/o Denise Carlon, 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 14278640 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 31 2022 00:09:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14251679 | + | Email/Text: EBNBKNOT@ford.com | Aug 31 2022 00:03:00 | Lincoln Automotive Financial Service, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 14292512 | | Email/PDF: pa_dc_ed@navient.com | Aug 31 2022 00:09:29 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14712016 | + | Email/Text: RASEBN@raslg.com | Aug 31 2022 00:02:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o RAS Crane & Partners, PLLC, 130 Clinton Rd. #202, Fairfield, NJ 07004-2927 |
| 14283835 | | Email/Text: mtgbk@shellpointmtg.com | Aug 31 2022 00:02:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14711619 | ^ | MEBN | Aug 30 2022 23:59:31 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14712049 | + | Email/Text: RASEBN@raslg.com | Aug 31 2022 00:02:00 | Newrez LLC, d/b/a Shellpoint Mortgage Servicing, c/o Charles Wohlrab, Esq., Robertson Anshutz Schneid Crane and Part, 130 Clinton Road #202, Fairfield, NJ 07004-2927 |
| 14344003 | | Email/Text: blegal@phfa.org | Aug 31 2022 00:02:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14271097 | + | Email/Text: bncnotifications@pheaa.org | Aug 31 2022 00:02:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14343508 | + | Email/Text: blegal@phfa.org | Aug 31 2022 00:02:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 15206, HARRISBURG, PA 17105-5206 |
| 14251680 | + | Email/Text: blegal@phfa.org | Aug 31 2022 00:02:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14272221 | + | Email/Text: joey@rmscollect.com | Aug 31 2022 00:03:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 14251681 | | Email/Text: joey@rmscollect.com | Aug 31 2022 00:03:00 | Receivable Management Inc, 7206 Hull Rd, Ste 211, Richmond, VA 23235 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

Case 18-18443-mdc Doc 55 Filed 09/01/22 Entered 09/02/22 00:30:26 Desc Imaged
Certificate of Notice Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 30, 2022 | Form ID: pdf900 | Total Noticed: 35 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14251670 | *+ | Dept of Ed / Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14251671 | *+ | Dept of Ed / Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14251665 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14251666 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14251667 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14251668 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14251672 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14251673 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14251674 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14251675 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14251676 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Yvette Simpson brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC DBA Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NewRez LLC DBA Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Borough of Morton jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Yvette Simpson | : | Chapter 13 |
| | : | Case No. 18-18443-MDC |
| Debtor(s) | : | |

## O R D E R

**AND NOW,** this ___30th___ day of _____August_____ 2022, upon consideration of the Motion to Voluntarily Dismiss the Chapter 13 Case, it is hereby:

ORDERED and DECREED that the instant Chapter 13 matter of Yvette Simpson filed under Case No. 18-18443 in the Eastern District of by is DISMISSED.

FURTHER ORDERED:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

\